UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

DONALD WALLACE BUTLER,

Plaintiff,

v.

TRACY ANN NELSON, Reshape Treatment Program Counselor at the Minnesota Correctional Facility, St. Cloud, Minnesota,

Defendant.

Civil File No. 00-165 (JMR/FLN)

**ORDER**

This matter is before the Court on Plaintiff's "Motion For Leave To File An Amended Complaint." (Docket No. 6). Plaintiff's motion does not comply with Local Rule 15.1, because he did not attach a copy of his proposed amended pleading to his motion papers. Local Rule 15.1 clearly requires that "[a] party who moves to amend a pleading shall file an original and two copies of the motion to amend, <u>and shall attach a copy of the amended pleading to the original motion and to each copy of the motion</u>." (Emphasis added.)

Because Plaintiff did not follow the applicable Local Rule, his motion to amend will be summarily denied. However, the Court will afford Plaintiff an opportunity to resubmit his motion, with an attached copy of his proposed amended pleading.[1] If he chooses to resubmit his motion, he must do so by no later than May 1, 2000. If he has not filed a new

[1] Plaintiff is reminded that if he again seeks leave to amend, he must "reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference." Local Rule 15.1. He is further reminded that any amended pleading must be submitted on the prisoner civil rights complaint form prescribed for use in this District. See Local Rule 9.3.

FILED APR 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

motion by that date, his current pleading, (Docket No. 4), will thereafter be screened pursuant to 28 U.S.C. § 1915A.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Motion For Leave To File An Amended Complaint," (Docket No. 6), is DENIED;

2. Plaintiff shall have until May 1, 2000, to submit a new motion to amend, in conformity with the Local Rules, failing which he will be deemed to have abandoned his request for leave to amend and his present complaint will be screened pursuant to 28 U.S.C. §1915A.

Dated: April 7, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge