# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Donald Wallace Butler

Plaintiff

v.

MCF - St. Cloud's Reshape Program, Supervisor Robert Jungbauer and Treatment Counselor Tracanne Nelson

Defendants

Case No. Civil 00-165 JMR/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. Plaintiff is required to pay the unpaid balance of the court filing fee. The action is dismissed without prejudice. This action is dismissed on the grounds that it is frivolous, malicious and fails to state a claim upon which relief may be granted.

DATE: July 21, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk