UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-165(JMR/FLN)

| | | |
|---|---|---|
| Donald Wallace Butler<br><br>v.<br><br>Minnesota Correctional Facility, St. Cloud; Tracy Nelson, Reshape Treatment Program Counselor | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

This matter is before the Court on partial remand from the Eighth Circuit Court of Appeals for the limited purpose of determining the appellant's in forma pauperis status and assessing the appellate filing fees pursuant to 28 U.S.C. § 1915. Based on the files, records, and proceedings herein, plaintiff shall pay an initial partial appellate filing fee of not less than $8.00.

IT IS SO ORDERED.

Dated: November 16th, 2000

JAMES M. ROSENBAUM
United States District Judge

NOV 21 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK